IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AJAYPAL SINGH, | : | |
| | : | |
| *Petitioner*, | : | |
| | : | |
| v. | : | Case No. 2:26-cv-00765 |
| | : | |
| WARDEN OF FEDERAL DETENTION CENTER PHILADELPHIA, *et al.*, | : | |
| | : | |
| *Respondents*. | : | |

**STIPULATION AND ORDER**

Petitioner is a non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on February 6, 2026 (ECF. No. 1).

In its Order entered on February 11, 2026, the Court ordered that Petitioner not be transferred out of the Eastern District of Pennsylvania pending further order of the Court, and scheduled an evidentiary hearing for Thursday, February 19, 2026. (ECF No. 6).

The parties jointly inform the Court that Petitioner was transferred to the Moshannon Valley Processing Center on February 6, 2026. The undersigned counsel for Respondents confirms that U.S. Immigration and Customs Enforcement (ICE) has been informed of the Court's order and that ICE has instructed its Enforcement and Removal Operations component that Petitioner not be further transferred pending further order of this Court.

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive a hearing and oral argument and respectfully request that the Court

decide the petition for a writ of habeas corpus on the papers at the Court's earliest convenience.

| | |
|---|---|
| Dated: February 13, 2026 | So stipulated and respectfully submitted, |
| | DAVID METCALF<br>United States Attorney |
| /s/ David M. Bercovitch, Esq.<br>DAVID M. BERCOVITCH, ESQ.<br>Bercovitch Law Offices, P.C.<br>100 S Broad Street<br>Land Title Building, Suite 1902<br>Philadelphia PA 19110<br>Phone: (215) 220-6310<br>Email: david@berclaw.com | /s/ Lauren DeBruicker<br>LAUREN DeBRUICKER<br>Assistant United States Attorney<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Phone: (215) 861-8492<br>Email: Lauren.DeBruicker@usdoj.gov |
| *Counsel for Petitioner* | *Counsel for Respondents* |

AND NOW, upon consideration of the parties' stipulation, it is hereby ORDERED that the petition for a writ of habeas corpus will be decided on the papers and without a hearing or oral argument.

BY THE COURT:

Dated: February 17, 2026          /s/ Harvey Bartle III
                                                                    J.